# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TAPPIN,<br><br>   Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>   Respondent. | 1:05-cv-00190-OWW-TAG HC<br><br>ORDER TO AMEND PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER BLANK FORM PETITION |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 3, 2005, Petitioner filed the instant federal petition for writ of habeas corpus in the United States District Court for the Eastern District of California, Sacramento Division. (Doc. 1).  On February 10, 2005, the Court ordered an inter-district transfer to the Fresno Division of the Eastern District.  (Doc. 3).

On August 24, 2005, the Court issued an order requiring petitioner to file an amended petition.  (Doc. 15).  The order was re-served on October 6, 2005.   To date, although more than two months have elapsed since the re-service of the Court's order, Petitioner has not complied with said order.

///

**ORDER**

Accordingly, it is HEREBY ORDERED that :

1. Within twenty (20) days of the date of service of this order, Petitioner must comply with the Court's order of August 24, 2005, by filing an amended petition;

2. The Clerk of Court is DIRECTED to send Petitioner a blank form petition for state prisoners filing pursuant to § 2254.

Petitioner is forewarned that his failure to comply with this order will result in a Recommendation that the Petition be dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   December 12, 2005**             /s/ Theresa A. Goldner
j6eb3d                                              UNITED STATES MAGISTRATE JUDGE